Lewis W. Card
Davis, Arneil Law Firm, LLP
617 Washington St.
Wenatchee, WA 98801
Phone: (509) 662-3551
Fax: (509) 662-9074
lew@dadkp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| KATHY ALLSTOT,<br><br>                              Plaintiff,<br><br>        vs.<br><br>CONFLUENCE HEALTH, a Washington non-profit corporation, and CENTRAL WASHINGTON HEALTH SERVICES ASSOCIATION, a Washington Public Benefit Corporation, d/b/a CENTRAL WASHINGTON HOSPITAL, and TOM CHRISTENSEN, individually,<br><br>                              Defendants. | No. 2:16-cv-373 SMJ<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Confluence Health is a Washington non-profit corporation. It has no parent corporations. No publicly held company owns 10% or more of its stock.

17/Corporate Disclosure Statement -1-

F:\LWC\C-E\Confluence Health\Allstot, Kathy\Pleadings\2016-11-16_Corporate Disclosure Statement.wpd
November 16, 2016

Defendant Central Washington Health Services Association d/b/a Central Washington Hospital is a Washington non-profit corporation. It has no parent corporations. No publicly held company owns 10% or more of its stock.

DATED this 16th day of November, 2016.

DAVIS, ARNEIL LAW FIRM, LLP

By /s/ Lewis W. Card
   Lewis W. Card, WSBA No. 11766
   Attorneys for all Defendants
   617 Washington Street
   P.O. Box 2136
   Wenatchee, WA 98807
   Telephone: 509/662-3551
   Fax: 509/662-9074
   email: lew@dadkp.com

17/Corporate Disclosure Statement -2-

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
WENATCHEE WASHINGTON 98801
(509) 662-3551

F:\LWC\C-E\Confluence Health\Allstot, Kathy\Pleadings\2016-11-16_Corporate Disclosure Statement.wpd
November 16, 2016

1
2

## **CERTIFICATE OF SERVICE**

3
4

I hereby certify that on the 16th day of November, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

5
6

Corey Kane: corey@lacykane.com,
jeanne@lacykane.com,
laurie@lacykane.com,
scott@lacykane.com

7
8

Lewis W Card:  lew@dadkp.com, tracy@dadkp.com

9
10

/s/ Tracy L. Parke_____
Tracy L. Parke, Legal Assistant to Lewis W. Card
Attorneys for all Defendants

11

12

13

14

15

16

17

18

19

20

21

22

17/Corporate Disclosure Statement -3-

DAVIS, ARNEIL LAW FIRM, LLP
617 WASHINGTON STREET
WENATCHEE WASHINGTON 98801
(509) 662-3551