1  Corey M. Kane                                    Judge Salvador Mendoza, Jr.
   Lacy Kane, PS
2  300 Eastmont Ave.
   East Wenatchee, WA 98802
3  (509) 884-9541

4  Jeffrey A. James, WSBA No. 18277
   SEBRIS BUSTO JAMES
5  14205 SE 36th Street, Suite 325
   Bellevue, Washington 98006
6  (425) 454-4233

7

8  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON AT SPOKANE

9  KATHY ALLSTOT,

10                  Plaintiff,                      NO. 2:16-cv-373

11          vs.
                                                    PARTIES' STATUS REPORT
12  CONFLUENCE HEALTH, a                            REGARDING DISCOVERY AND
    Washington non-profit corporation, and          AMENDMENT OF CASE
13  CENTRAL WASHINGTON HEALTH                       SCHEDULE
    SERVICES ASSOCIATION, a
14  Washington Public Benefit Corporation,
    d/b/a CENTRAL WASHINGTON
15  HOSPITAL, and TOM
    CHRISTENSEN, individually,
16
                    Defendants.
17

18       In follow-up to the Court's Order of July 20, 2017 (Doc. 18), Plaintiff Kathy

19  Allstot and Defendants Confluence Health, Central Washington Health Services,

20

1   and Tom Christensen provide the following status report and proposed amendment
2   of the case schedule.
3       Although the parties have conducted some discovery, they believe further
4   discovery is needed, which requires an extension of the current discovery
5   deadlines.
6       In addition, given the recent substitution of new counsel for Defendants, the
7   parties agree postponement of the trial and all pretrial deadlines would be
8   beneficial and in the interests of justice.
9       Therefore, the parties request a postponement of the trial until September,
10  2018, with all pretrial deadlines to be pushed back accordingly, or to schedule a
11  telephonic hearing to discuss any questions or concerns the Court may have.
12
13      DATED this ____ day of August, 2017.
14
15  LACY KANE & KUBE
16
17
18  By /s/ Corey M. Kane
    Corey M. Kane, WSBA # 49710
    Attorneys for Plaintiff
19
20

PARTIES' STATUS REPORT REGARDING DISCOVERY
AND AMENDMENT OF CASE SCHEDULE - 2
(No. 2:15-CV-373)

SEBRIS BUSTO JAMES
14205 SE 36TH STREET, SUITE 325
BELLEVUE, WASHINGTON 98006
(509) 662-3551

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/EFC System which will send notification to the following:

Corey M. Kane
Corey@lacykane.com

Jeffrey A. James
jaj@SebrisBusto.com

DATED this 18th day of August, 2017 at East Wenatchee, WA.

LACY KANE & KUBE

/s/ Corey M. Kane
COREY M. KANE, WSBA #49710
Attorney for Plaintiffs
Lacy Kane & Kube
300 Eastmont
East Wenatchee, WA 98802
Telephone: (509) 884-9541
Fax: (509) 884-4805
Email: corey@lacykane.com

PARTIES' STATUS REPORT REGARDING DISCOVERY AND AMENDMENT OF CASE SCHEDULE - 3
(No. 2:15-CV-373)

SEBRIS BUSTO JAMES
14205 SE 36TH STREET, SUITE 325
BELLEVUE, WASHINGTON 98006
(509) 662-3551