FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY ALLSTOT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONFLUENCE HEALTH, a Washington non-profit corporation, and CENTRAL WASHINGTON HEALTH SERVICES ASSOCIATION, a Washington Public Benefit Corporation, d/b/a CENTRAL WASHINGTON HOSPITAL, and TOM CHRISTENSEN, individually,<br><br>　　　　　　　Defendants. | No.　2:16-CV-00373-SMJ<br><br>**STIPULATED PROTECTIVE ORDER** |

　　　Before the Court, without oral argument, is the parties the parties' Stipulation for Protective Order Regarding Confidentiality, ECF No. 29.  Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds good cause exists to **GRANT** the parties' stipulated motion. Accordingly, pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Stipulation and Protective Order Regarding Confidentiality, ECF No. 29, is approved and incorporated in this Order by reference.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of November 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge