FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY ALLSTOT,<br><br>               Plaintiff,<br><br>v.<br><br>CONFLUENCE HEALTH, a Washington non-profit corporation, CENTRAL WASHINGTON HEALTH SERVICES ASSOCIATION, a Washington Public Benefit Corporation doing business as Central Washington Hospital and TOM CHRISTENSEN, individually,<br><br>               Defendants. | No.  2:16-CV-00373-SMJ<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST TOM CHRISTENSEN** |

      Before the Court, without oral argument, is the Stipulation of Dismissal With Prejudice of Claims Against Defendant Tom Christensen, ECF No. 35. The parties move for dismissal of all claims against Defendant Tom Christensen with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having reviewed the files and records herein, the Court finds good cause to grant the motion.

//

//

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties Stipulation of Dismissal With Prejudice of Claims Against Defendant Tom Christensen, **ECF No. 35**, is **GRANTED.**

**2.** All claims against Defendant Tom Christensen are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** The Clerk's Office is directed to **AMEND** the caption as follows:

KATHY ALLSTOT,

                Plaintiff,

v.

CONFLUENCE HEALTH, a Washington non-profit corporation, and CENTRAL WASHINGTON HEALTH SERVICES ASSOCIATION, a Washington Public Benefit Corporation doing business as Central Washington Hospital,

                Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of March 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge