# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| KATHY ALLSTOT,<br><br>-vs-<br>CONFLUENCE HEALTH, et al,<br><br>Plaintiff,<br><br>Defendants. | Case No.  2:16-CR-0373-SMJ<br>**CIVIL MINUTES**<br>DATE: AUGUST 2, 2018<br>LOCATION: RICHLAND<br><br>**MOTION HEARING** |
|---|---|

| | Hon. Salvador Mendoza, Jr. | |
|---|---|---|
| Debbie Brasel | 02 | Lynette Walters |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Corey Michael Kane | | Jeffrey A. James |
| **Plaintiff's Counsel** | | **Defense Counsel** |

**[XX] Open Court**          **[   ] Chambers**          **[   ] Telecon**

Court inquires of Mr. Kane as to the facts in this matter that he believes them to be and how they are supported by the record

Response by Mr. Kane

Mr. Kane addresses Defendants' MOTION for Summary Judgment [40]

Argument by Mr. James in support of Defendants' MOTION for Summary Judgment [40]

Argument by Mr. Kane

Comment by Mr. James

**Court:**      Defendants' MOTION for Summary Judgment [40] is **under advisement**

**[XX]   ORDER FORTHCOMING**

| **CONVENED: 8:48 A.M.** | **ADJOURNED: 9:46 A.M.** | **TIME:   0:58 HR.** | **CALENDARED   [ XX ]** |
|---|---|---|---|