AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KATHY ALLSOT,

*Plaintiff*

v.

CONFLUENCE HEALTH, a Washington non-profit corporation, and CENTRAL WASHINGTON HEALTH SERVICES ASSOCIATION, a Washington Public Benefit Corporation dba Central Washington

*Defendant*

Civil Action No. 2:16-cv-00373-SMJ

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 17, 2018**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 40) is GRANTED.
Motions to Exclude and in Limine (ECF Nos. 42, 56, 57, 58, 59, 60, 61 and 63) are DENIED AS MOOT.
Judgment entered for the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. on a motion for summary judgment.

Date: 8/17/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez